RECEIVED
SDNY PRO SE OFFICE
2022 MAR -8 AM 10:05

U.S. District Court of Southern New York
Office of the Clerk
500 Pearl St #230 New York, NY 10007

March 7, 2022

Kum nam Lee
A petitioner

V.

Pro land-management
Respondent

under 42 USC 1983
a civil rights action

own solely

a complaint by Federal or
The law of the state for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount
of damage is ~~$Ten millions dollars~~, I am injured to
Reduce to Five millions dollars
Redress required

a claim by Kum nam Lee a pro se required

Reason by no section 8 Apartment denyed, no discriminate

name: Kum nam Lee
Address: 5155 Marathon st #106
Los Angeles, CA 90038

amended, relief
Forthwith

Date: March 7, 2022

RECEIVED
SDNY PRO SE OFFICE

2022 MAR -8 AM 9: 54

LOS ANGELES CA 900

2 MAR 2022

U.S. COURTHOUSE
office of the clerk
500 pearl street #230
new york, ny 10007

Kum nam Lee
5155 Marathon St #106
Los Angeles, CA 90038

Legal Mail